**STATE of Missouri, Respondent,**

v.

**Gary G. LUNSFORD, Appellant.**

No. WD 61505.

Missouri Court of Appeals,
Western District.

April 22, 2003.

John E. Harvell, Overland Park, KS, for Appellant.

Paul E. Kittredge, Independence, MO, for Respondent.

Before: ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Gary Lunsford appeals the judgment of the trial court which found him guilty of driving while intoxicated.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).